

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION DEPARTMENT

Petition for **WARRANT**
with Attached Request for
Court Action Direction Detailing Probable Cause

Supervisee: Larry Thomas  Docket Number: 13-CR-271-29 (LTS)

Sentencing Judge: Honorable Laura Taylor Swain, Chief U.S. District Judge

Date of Original Sentence: September 10, 2018

Original Offense: Ct. 1: Conspiracy to Distribute with Intent to Distribute Heroin, Crack Cocaine and Marijuana, 21 USC § 841(b)(1)(A), class A felony; Ct. 2: Using and Carrying Firearms in Relation to a Drug Trafficking Crime 18 USC § 924(c)(A)(i), class A felony

Original Sentence: Time Served; followed by five (5) years' supervised release on each count to run concurrently

Revocation Offense: Failure to notify of arrest; Failure to report to U.S. Probation Officer; Failure to Report a change in residence

Revocation Sentence: Time Served; followed by two (2) years' supervised release

Type of Supervision: Supervised Release    Date Supervision Commenced: February 1, 2022

PETITIONING THE COURT TO ISSUE A WARRANT

**Nature of Noncompliance**

1. ON OR ABOUT MARCH 7, 2022, OR ANY DATE THEREAFTER, THE SUPERVISEE FAILED TO REPORT TO THE U.S. PROBATION OFFICER AS DIRECTED. ***CONDITION 2, GRADE C VIOLATION.***

2. ON OR ABOUT MARCH 7, 2022, OR ANY DATE THEREAFTER, THE SUPERVISEE FAILED TO NOTIFY THE PROBATION OFFICE OF A CHANGE IN RESIDENCE, IN THAT HE NO LONGER RESIDES AT THE ADDRESS OF RECORD NOR HAS COMMUNICATED A CHANGE IN RESIDENCE. ***CONDITION 5, GRADE C VIOLATION.***

U.S. Probation Officer Recommendation:

   The term of supervision should be:

**<u>Revoked</u>**

I declare under penalty of perjury that the foregoing is true and correct. (Supporting documentation is attached)

                                             Respectfully submitted,

                                             Michael Fitzpatrick
                                             Chief U.S. Probation Officer

                                             Pierre Reyes
                                             U.S. Probation Officer

Approved By:

*Kevin R. Mulcahy*

Kevin R. Mulcahy
Supervisory U.S. Probation Officer

DATE: June 30, 2022

Larry Thomas 3 P391075
Docket Number: 13-CR-271-29 (LTS)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

*Judicial Response*

THE COURT ORDERS:

[X] The Issuance of a Warrant

[ ] The Issuance of a Summons

[ ] Submit a Request for Modifying the Condition or Terms of Supervision

[ ] Other

/s/ Laura Taylor Swain
Signature of Judicial Officer

7/1/2022
Date

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## Southern District of New York

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| vs. | ) Case No. 13-CR-271-29 (LTS) |
| Larry Thomas | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay Larry Thomas, who is accused of an offense or violation based on the following document filed with the court:

  X   Supervised Release Violation Petition

This offense is briefly described as follows:

**Non-Compliance with supervised release conditions as outlined in the attached petition.**

Date:   July 1, 2022                                        /s/ Laura Taylor Swain
                                                                                *Issuing officer's signature*

City and state:                                   Honorable Swain, Laura Taylor U.S. District Judge
                                                                                *Printed name and title*

| Return |
| --- |
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____                           _____  |
| *Arresting officer's signature* |
| City and state: _____              _____ |
| *Printed name and title* |